# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81876

IN THE MATTER OF:
Brian P. Boyd    xxx−xx−1169
Giomaris Boyd    xxx−xx−7206
aka Giomaris Vega

aka Giomaris G. Pardo III

311 Five Pine Ct
Mebane, NC 27302

   Debtor(s)

## CLERK'S NOTICE OF
## BANKRUPTCY ADMINISTRATOR'S STATEMENT
## THAT NO PRESUMPTION OF ABUSE HAS ARISEN
## UNDER 11 U.S.C. § 707(b)(2)

As required by 11 U.S.C. § 704(b)(1)(A), the Bankruptcy Administrator has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and, pursuant to 11 U.S.C. § 704(b)(2) and § 707(b)(2), the Bankruptcy Administrator has determined that the debtor's(s') case is not presumed to be an abuse of the provisions of Chapter 7 under 11 U.S.C. s 707(b)(2).

Dated: 11/30/09                                              Reid Wilcox
                                                    _____
                                                         CLERK OF COURT