IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Brian P. Boyd and**
**Giomaris Boyd**
Social Security Numbers: xxx-xx-1169 & xxx-xx-7206
Mailing Address: 311 Five Pine Ct, Mebane, NC 27302-

Debtors.

Case No. 09-81876- -
Chapter 7

## ORDER CONVERTING CASE
## FROM CHAPTER 7 TO 13

This matter comes on to be heard upon motion of the Debtors to convert this case from Chapter 7 to Chapter 13, and

THE COURT FINDS THAT:

1. This motion by the Debtors is brought pursuant to 11 U.S.C. 706(a), and Bankruptcy Rules 1017(d) and 9013;

2. Copies of the Motion in this matter have been duly served on the Chapter 7 Trustee and Bankruptcy Administrator;

3. The Debtors in a Chapter 7 case have the absolute right to convert their case, provided that there has been no prior conversion under 11 U.S.C. §§ 1112, 1208 or 1307;

4. There have been no prior conversions in this case;

THEREFORE, IT IS ORDERED THAT:

1. The Debtors' case is hereby converted;

2. The Debtors are hereby ordered to file a Chapter 13 plan within fifteen (15) days of the entry of this Order or the Chapter 13 Trustee shall move to dismiss this case;

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Brian P. Boyd and**  Case No. 09-81876- -
**Giomaris Boyd**  Chapter 7

Social Security Numbers: xxx-xx-1169 & xxx-xx-7206
Mailing Address:  311 Five Pine Ct, Mebane, NC 27302-

Debtors.

## LIST SERVICE

**THIS IS TO CERTIFY** that on the below date, the undersigned Deputy Clerk served a copy of the **ORDER CONVERTING CASE FROM CHAPTER 7 TO CHAPTER 13** entered _____ , by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their lst known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>P.O. Box 3613<br>Durham, N.C.  27702-3613 | Edward C. Boltz<br>The Law Offices of John T. Orcutt<br>Attorney for Debtor<br>1738 Hillandale Road<br>Suite D<br>Durham, N.C. 27705 |
| DUKE UNIVERSITY HEALTH SYSTEM<br>Attn: Managing Agent<br>5213 S. Alston Ave<br>Durham, NC 27713- | Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, NC 27402 |
| Brian P. Boyd & Giomaris Boyd<br>311 Five Pine Ct<br>Mebane, NC 27302- | |