**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

In re:

BRIAN P. BOYD and
GIOMARIS BOYD,

Case No. B-09-81876 C-7D

                Debtors

### ORDER EXTENDING TIME FOR FILING SECTION 707(b)(3) MOTION

      This matter came on before the undersigned Bankruptcy Judge upon the Bankruptcy Administrator's Motion for Extension of Time For Filing § 707(b)(3) Motion to Dismiss.

      It appears to the Court and the Court so finds and concludes that, in light of the impending deadline for filing a motion to dismiss and the January 21, 2010 hearing on the Debtor's motion to convert this case to a case under Chapter 13, the Bankruptcy Administrator needs additional time within which to file a § 707(b)(3) motion, and the Motion should be granted.

      THEREFORE, it is hereby ORDERED that the time for filing a motion to dismiss pursuant to § 707(b)(3) is hereby extended through and including the 3rd day of February, 2010.

PARTIES TO BE SERVED

09-81876

Page 1 of 1

Michael D. West, Esq.

John T. Orcutt, Esq.

Edward C. Boltz, Esq.

John A. Northen, Esq.