Form 159

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81876

IN THE MATTER OF:
Brian P. Boyd      xxx−xx−1169
Giomaris Boyd      xxx−xx−7206
aka Giomaris Vega
aka Giomaris G. Pardo III
311 Five Pine Ct
Mebane, NC 27302

   Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Motion for Relief From Stay or in the alternative Motion for Adequate Protection regarding 30128 Hennepin, Garden City, MI 48135 filed by Creditor American Home Mortgage Servicing, Inc., by and through counsel, Kimberly Sheek.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 2/20/10 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420−6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 3/4/10 at 10:00 AM in the following location:

*Courtroom − Venable Center*
*Dibrell Building − Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 2/4/10                                                                 OFFICE OF THE CLERK/sad