# STATE OF NORTH CAROLINA

MVR 191 (Rev 05/07)

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 1J4GA591X9L745932 | 2009 | JEEP | MP |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 771766090706012 | 03/14/2009 | |

MAIL TO:
CHRYSLER FINANCIAL SA LLC
PO BOX 997551
SACRAMENTO CA 95899-7551

ODOMETER READING: 000820
ODOMETER STATUS:
TITLE BRANDS:

OWNER(S) NAME AND ADDRESS

BRIAN PHILIP BOYD
311 FIVE PINE CT
MEBANE NC 27302-8422

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*[signature]*
COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:    DATE OF LIEN 02/28/2009
CHRYSLER FINANCIAL SA LLC
PO BOX 997551
SACRAMENTO CA 95899-7551

LIEN RELEASED BY:
SIGNATURE
TITLE                           DATE

SECOND LIENHOLDER:    DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE
TITLE                           DATE

THIRD LIENHOLDER:    DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE
TITLE                           DATE

FOURTH LIENHOLDER:    DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE
TITLE                           DATE

ADDITIONAL LIENS:

**79966845**
012 T1C012H

**ANY ALTERATIONS OR ERASURES VOID TITLE**

