Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81876

IN THE MATTER OF:
Brian P. Boyd     xxx−xx−1169
Giomaris Boyd     xxx−xx−7206
aka Giomaris Vega
aka Giomaris G. Pardo III
311 Five Pine Ct
Mebane, NC 27302

   Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 3/18/10 at 10:00 AM

to consider and act upon the following:

Motion to Confirm Termination or Absence of Stay regarding a 2009 Jeep Wrangler,
VIN 1J4GA591X9L745932 Filed by Creditor Chrysler Financial Services Americas, LLC, by and through counsel, Jacob Zweig.


Dated: 2/22/10                                                                                   OFFICE OF THE CLERK/ sad


To Enter a Federal Court Facility you must present **a valid State or Federal photo ID,** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.