# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | |
|---|---|
| IN RE:<br><br>**BRIAN P. BOYD**<br>**GIOMARIS BOYD**<br>**311 Five Pine Ct**<br>**Mebane, NC  27302**<br>**SSN:  xxx-xx-1169**<br>**SSN:  xxx-xx-7206**<br><br>Debtor(s). | **Case No. 09-81876**<br>**Chapter: 7** |

## NOTICE OF WITHDRAWAL

Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC  ("CFS") has filed a Motion to Confirm Termination of the Automatic Stay in this case.  CFS now withdraws its Motion.

Respectfully submitted,

/s/ Jacob Zweig
Jacob C. Zweig (38641)
Attorney for Chrysler Financial Services Americas LLC
88 Union Avenue, Suite 700
Memphis, TN 38103
(901) 271-0712

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE:<br><br>BRIAN P. BOYD<br>GIOMARIS BOYD<br>311 Five Pine Ct<br>Mebane, NC 27302<br>SSN: xxx-xx-1169<br>SSN: xxx-xx-7206<br><br>Debtor(s). | Case No. 09-81876<br>Chapter: 7 |
|---|---|

**CERTIFICATE OF SERVICE**

     **THIS IS TO CERTIFY** that on the below date, the undersigned served a copy of the Notice of Withdrawal by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

John T. Orcutt
Debtors' Attorney
6616-203 Six Forks Road
Raleigh, NC 27615

John A. Northern
Chapter 7 Trustee
P. O. Box 2208
Chapel Hill, NC 27514-2208

Brian P. Boyd
Giomaris Boyd
311 Five Pine Ct
Mebane, NC 27302

**THIS** the 26th day of February, 2010.

                                   /s/Kimberly Ray
                                   Kimberly Ray, Legal Asst. to
                                   Jacob C. Zweig (38641)
                                   Attorney for Chrysler Financial Services Americas LLC
                                   88 Union Avenue, Suite 700
                                   Memphis, TN 38103
                                   (901) 271-0712