IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Brian P. Boyd and**
**Giomaris Boyd**

Case No. 09-81876- -
Chapter 7

Social Security Numbers: xxx-xx-1169 & xxx-xx-7206
Mailing Address:  311 Five Pine Ct, Mebane, NC 27302-

Debtors.

# ORDER CONVERTING CASE
# FROM CHAPTER 7 TO 13

This matter comes on to be heard upon motion of the Debtors to convert this case from Chapter 7 to Chapter 13, and

THE COURT FINDS THAT:

1. This motion by the Debtors is brought pursuant to 11 U.S.C. 706(a), and Bankruptcy Rules 1017(d) and 9013;

2. Copies of the Motion in this matter have been duly served on the Chapter 7 Trustee and Bankruptcy Administrator;

3. The Debtors in a Chapter 7 case have the absolute right to convert their case, provided that there has been no prior conversion under 11 U.S.C. §§ 1112, 1208 or 1307;

4. There have been no prior conversions in this case;

THEREFORE, IT IS ORDERED THAT:

1. The Debtors' case is hereby converted;

2. The Debtors are hereby ordered to file a Chapter 13 plan within fifteen (15) days of the entry of this Order or the Chapter 13 Trustee shall move to dismiss this case;

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Brian P. Boyd and**
**Giomaris Boyd**

Case No. 09-81876- -
Chapter 7

Social Security Numbers: xxx-xx-1169 & xxx-xx-7206
Mailing Address: 311 Five Pine Ct, Mebane, NC 27302-

Debtors.

## SERVICE LIST FOR ORDER CONVERTING CASE AND DENYING MOTION TO DISMISS

John Northen
Chapter 7 Trustee
Post Office Box 2208
Chapel Hill, NC 27514-2208

Richard Hutson
Chapter 13 Trustee
PO Box 3613
Durham NC 27702

Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Brian P. Boyd & Giomaris Boyd
311 Five Pine Ct
Mebane, NC 27302-