C-13-IRS(Motion)
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Brian P. Boyd        xxx-xx-1169        )           **Motion and Notice**
        Giomaris Boyd        xxx-xx-7206        )           **Chapter 13**
                                                )
                                                )           No: B-09-81876    C-13D
                                                )
                                    Debtor(s)   )

The Standing Trustee respectfully moves the Court for an order as follows:

The Plan was confirmed on __May 27, 2010__.

The debtor(s)  (x) own real estate with equity before allowable exemptions of approximately __$41090__.
              ( ) own no real estate.
              (x) own personal property with equity before allowable exemptions of approximately __$7750__.

The liquidation value of the debtor(s) estate before allowance for exemptions is __$48840__.

The IRS has filed:   ( ) a. secured priority claim for _____.
                     (x) b. unsecured priority claim for __$5919.09 (08-10 taxes)__.
                     ( ) c. unsecured general claim for _____.
                     ( ) d. administrative claim for _____.

I recommend that the claim(s) of the IRS be allowed as follows as the value to be distributed on the claim(s) is not less than would have been paid on such claim(s) in a Chapter 7 liquidation and that the total plan payment be treated as follows:

( ) a. Secured claim of _____ to be paid _____ per month with interest at ___% per annum.
(x) b. Unsecured priority claim of __$2,906.09__ to be paid __pro-rata__ per month with (x) no interest
       ( ) interest at ___% per annum.
( ) c. Unsecured general claim of _____.
(x) d. Administrative priority claim of __$3013__ to be paid pro-rata monthly with allowed priority claims.
(x) e. The total sum required to be paid in during the life of the plan ( ) be increased by _____ per month
       (x) remain as scheduled.
( ) f. _____.


Date: June 27, 2011                                          s/Richard M. Hutson, II
      ej                                                     Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before __July 27, 2011,__ with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC  27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on __August 9, 2011,__ at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: June 27, 2011                                          OFFICE OF THE CLERK
                                                             U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**09-81876 C-13D**

Brian P. Boyd
Giomaris Boyd
311 Five Pine Ct.
Mebane, NC  27302

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

U S Attorney
PO Box 1858
Greensboro, NC 27402